James T. Horton, appellant, v. William M. Lynch, appellee. Gen. No. 33,355.

Opinion filed April 22, 1929.

Willis B. Wood and John Bruckman, for appellant. No appearance for appellee.

Mr. Justice Matchett delivered the opinion of the court.

B. K. Gibson, appellee, v. Hostelry Company of Kankakee et al., appellants. Gen. No. 33,400.

Opinion filed April 22, 1929.

Defrees, Buckingham, Jones & Hoffman, for certain appellant. James M. Gillespie, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Andrew J. Highland and William H. Doherty, defendants in error, v. Clyde A. Blair, plaintiff in error. Gen. No. 33,177.

Opinion filed April 30, 1929. Rehearing denied and opinion modified May 16, 1929.

Kern, Stiefel & Stiefel, for plaintiff in error; Charles W. Stiefel, Jr., of counsel. Ossian Cameron and Edward H. S. Martin, for defendants in error.

Mr. Presiding Justice Gridley delivered the opinion of the court.

In re Estate of Jens C. Hansen. Mrs. O. L. Stangeland, for the use of Mount Olive Cemetery Association, appellant, v. Johanna H. M. Hansen, executrix of the estate of Jens C. Hansen, appellee. Gen. No. 33,186.

Opinion filed April 30, 1929.

Martin Piepenburg, for appellant. Pritzker & Pritzker, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.